# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2503

_____

United States of America

*Plaintiff - Appellee*

v.

Juan Victor Cabrera-Ramirez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: March 27, 2019
Filed: March 28, 2019
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

Juan Cabrera-Ramirez directly appeals the sentence the district court[1] imposed after he pleaded guilty to drug offenses. His counsel has moved to withdraw and has

_____

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.

filed a brief under *Anders v. California*, 386 U.S. 738 (1967), questioning the substantive reasonableness of the sentence.

After careful review, we conclude that the district court did not impose an unreasonable sentence. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court considered an improper or irrelevant factor or committed a clear error in weighing relevant factors. *See United States v. Salazar-Aleman*, 741 F.3d 878, 881 (8th Cir. 2013) (discussing appellate review of sentencing decisions). Further, the court imposed the statutory mandatory-minimum sentence. *See United States v. Woods*, 717 F.3d 654, 659 (8th Cir. 2013) (stating the mandatory-minimum sentence was the shortest sentence possible absent a government motion and concluding it was not substantively unreasonable).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____